**Order entered June 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00209-CV

**FLUOR INTERCONTINENTAL, INC, Appellant**

**V.**

**DAVID DAWSON, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15340**

## ORDER

The reporter's record in this case is overdue. By postcard dated February 22, 2013 we granted Vielica Dobbins's request to extend time to file the reporter's record and extended the due date until March 22, 2013. To date, Ms Dobbins has not filed the reporter's record or otherwise corresponded with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Court Reporter Vielica Dobbins to file the reporter's record in this case within **TEN DAYS** of the date of this order.

We DIRECT the Clerk of the Court to send a copy of this order, by electronic transmission, to Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE

–1–